**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PERRIAL NELSON,

    Plaintiff,                                                    Case No.: 6:16-cv-2166-Orl-22TBS

v.

STELLAR RECOVERY, INC.,

    Defendant.

_____/

## NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL WITH PREJUDICE

Plaintiff, PERRIAL NELSON, hereby gives notice of settlement of the instant matter. Plaintiff requests dismissal of the action with prejudice with each party bearing their own costs and attorney's fees, except as otherwise agreed. Further, Plaintiff conditions the effectiveness of this stipulation on the Court's entry of an order retaining jurisdiction to enforce the parties' settlement agreement in accordance with its terms. *See Anago Franchising, Inc. v. Shazz, LLC,* 677 F.3d 1272, 1280 (11th Cir. 2012).

WHEREFORE, the Plaintiff respectfully requests that this case be dismissed with prejudice and the Court reserving jurisdiction to enforce the parties' settlement agreement in accordance with its terms.

Respectfully submitted this 7th day of July 2017.

                                                        By:/s/ *Christopher Legg*
                                                        Christopher W. Legg, Esq.
                                                        Fla. Bar No.: 44460
                                                        3837 Hollywood Blvd., Ste. B
                                                        Hollywood, FL 33021
                                                        Chris@theconusmerlawyers.com
                                                        Office: 954-962-2333

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on July 7, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/ or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

                                By: /s/ *Christopher Legg*
                                Christopher W. Legg, Esq.