# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PERRIAL NELSON,**

      **Plaintiff,**

**v.**                                           Case No:   6:16-cv-2166-Orl-22TBS

**STELLAR RECOVERY, INC.,**

      **Defendant.**

## ORDER OF DISMISSAL

Upon the Joint Stipulation for Dismissal with Prejudice (Doc. No. 23), filed August 9, 2017, it is **ORDERED** and **ADJUDGED** that

1. This cause is hereby **DISMISSED WITH PREJUDICE.**

2. Any pending motions are hereby **DENIED** as moot.

3. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on August 10, 2017.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record